James D. Weakley, Esq.       Bar No. 082853
Brande L. Gustafson, Esq.    Bar No. 267130
WEAKLEY & ARENDT
A Professional Corporation
5200 N. Palm Avenue, Suite 211
Fresno, California 93704
Telephone: (559) 221-5256
Facsimile:  (559) 221-5262
Jim@walaw-fresno.com
Brande@walaw-fresno.com

Attorneys for Defendant, County of Fresno (sued herein as County of Fresno and Fresno County Sheriff's Department)

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARY HINOJOSA MULLINS as an individual, and as guardian ad litem for KAYLA ALICIA MULLINS (a minor) | CASE NO. [Fresno Sup. Ct. Case No. 21CECG00142] |
| Plaintiff, | **NOTICE OF REMOVAL OF ACTION [28 U.S.C.§ 1441(b)]** |
| vs. | Complaint Filed: January 15, 2021 Trial Date: TBD |
| COUNTY OF FRESNO, FRESNO COUNTY SHERIFF'S DEPARTMENT, and DOES 1 through 25 | **Public Entity Exempt from Filing Fees Pursuant to Government Code Section 6103** |
| Defendant. | |

TO PLAINTIFFS AND THEIR ATTORNEYS' OF RECORD:

Defendant County of Fresno (sued herein as County of Fresno and Fresno County Sheriff's Department) hereby gives notice of the removal of the above action from the Superior Court of California, in and for the County of Fresno, to the United States District Court, Eastern District of California.

The removal is based on the following grounds:

1.      On January 15, 2021, plaintiffs commenced this action against the defendant by filing a complaint for damages with the Superior Court of California, County of Fresno, entitled *Rosemary Hinojosa Mullins, et al. v. County of Fresno, et al.,* Case No. 21CECG00142.

/ / /

Notice of Removal of Action

2.      Defendant County of Fresno (sued herein as County of Fresno and Fresno County Sheriff's Department) was first served with notice of this action on February 12, 2021, when the County of Fresno was served with a copy of the Complaint. Declaration of James D. Weakley ("Weakley Decl."), Exhibit A.

3.      This is a civil action which this court has original jurisdiction under 28 U.S.C. § 1331 and is one which may be removed to this court by defendant pursuant to the provisions of 28 U.S.C. § 1441(b) in that it contains causes of action which arise under 42 U.S.C. § 1983.

4.      All defendants, being represented by the same counsel, consent to and join in the removal of this action to United States District Court, Eastern District of California. *See* Weakley Decl., para. 4.

Date: March 12, 2021                          WEAKLEY & ARENDT
                                              A Professional Corporation


                                   By:     /s James D. Weakley
                                           James D. Weakley
                                           Brande L. Gustafson
                                           Attorneys for Defendant,
                                           County of Fresno (sued herein as County of Fresno
                                           and Fresno County Sheriff's Department)

Notice of Removal of Action                              2

**PROOF OF SERVICE**

I, the undersigned, hereby certify that I am employed in the County of Fresno, State of California, over the age of eighteen years and not a party to the within action; my business address is 5200 North Palm Avenue, Suite 211, Fresno, California 93704.

On the date set forth below, I placed in a sealed envelope and served a true copy of the within

**NOTICE OF REMOVAL OF ACTION**

addressed as follows:

Wagner Law Group, PC
Nicholas J.P. Wagner
David D. Doyle
1111 E. Herndon Avenue, Ste. 317
Fresno, CA 93720
Tel: (559) 449-1800
Fax: (559) 449-0749
Email:  kschemen@wagnerjones.com
        doyle@ddmslaw.com

*Courtesy copy sent by email to the email addresses listed above.

☒    BY MAIL    I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited in the ordinary course of business.

I caused each envelope, with postage fully prepaid, to be placed in the United States mail, at Fresno, California.

☐    BY HAND    I hand delivered each envelope to the office listed above.

☐    BY FACSIMILE    I served the above-mentioned document from Facsimile Machine No.: (559) 221-5262 to the interested parties at the facsimile numbers listed above.

☐    BY FEDERAL EXPRESS I  am readily familiar with the business practice at my place of business for collection and processing of correspondence for overnight delivery with Federal Express. Such correspondence will be deposited with a facility regularly maintained by Federal Express for receipt on the same day in the ordinary course of business.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.  I declare under penalty of perjury that the foregoing is true and correct, and that this proof of service was executed at Fresno, California, on March 12, 2021

 /s/ Rachel Macadangdang
Rachel Macadangdang