# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARY HINOJOSA MULLINS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF FRESNO, et al., <br><br> Defendants. | Case No.  1:21-cv-00405-AWI-SAB <br><br> ORDER GRANTING STIPULATED REQUEST TO AMEND COMPLAINT <br><br> (ECF Nos. 15, 18) |

On December 29, 2021, the parties filed a stipulation allowing Plaintiff Rosemary Mullins ("Mullins") to amend the second amended complaint (ECF No. 15) pursuant to Federal Rule of Civil Procedure 15(a)(2).  (ECF No. 18.)  More specifically, the parties stipulated to amend the second amended complaint to strike paragraph 59 of the negligence cause of action, which states "Moreover, the County failed to properly screen, train, and monitor its employees," on the basis that the allegation might be read to allege direct, rather than derivative, liability against the County of Fresno.  (Id.)

"Rule 15(a) is very liberal and leave to amend 'shall be freely given when justice so requires.' " Amerisource Bergen Corp. v. Dialysis West, Inc., 465 F.3d 946, 951 (9th Cir. 2006) (quoting Fed. R. Civ. P. 15(a)).  Leave to amend under Rule 15 is "within the sound discretion of the trial court," and "[i]n exercising this discretion, a court must be guided by the underlying purpose of Rule 15 to facilitate decision on the merits, rather than on the pleadings or technicalities." United States v. Webb, 655 F.2d 977, 979 (9th Cir. 1981).  The Court finds good

cause exists to grant the stipulated request.

Pursuant to the stipulation of the parties and good cause presented, IT IS HEREBY ORDERED that:

1. The parties' stipulated request to amend the second amended complaint pursuant to Rule 15(a)(2) (ECF No. 18) is GRANTED; and
2. Paragraph 59 of the second amended complaint (ECF No. 15 ¶ 59) is hereby STRICKEN.

IT IS SO ORDERED.

Dated:   **January 3, 2022**

UNITED STATES MAGISTRATE JUDGE