# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARY HINOJOSA MULLINS,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF FRESNO, et al.,<br><br>Defendants. | Case No. 1:21-cv-00405-AWI-SAB<br><br>ORDER RE: STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF Nos. 25, 29) |

A scheduling order for this matter issued on May 6, 2022.  (ECF No. 25.)  Trial is currently set for March 5, 2024, with a pretrial conference on January 11, 2024.

On February 15, 2023, the parties filed a stipulation to revise the scheduling order, which the Court construes as a stipulated motion to modify the schedule.  (ECF No. 29.)  This is the parties' first request to modify the scheduling order.  The parties seek to continue all deadlines by approximately 90 days, and reset the pretrial conference and trial dates.  The parties proffer additional time is needed to complete discovery due to unexpected delays arising from "medical issues," including an unexpected maternity leave of the attorney handling the day-to-day management of Defendants' case and scheduling conflicts due to trials of the other attorneys.  These delays and conflicts, as well as accommodating schedules over the holidays resulted in the need to continue multiple depositions, which are now anticipated to be taken from mid-February

1

through mid-April.  The Court finds good cause exists to grant the parties' stipulated motion.

Accordingly, pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the parties' stipulated motion to modify the schedule (ECF No. 29) is GRANTED.  The scheduling order is thus modified as follows:

1. Non-Expert Discovery Deadline: **June 9, 2023**;
2. Expert Disclosure Deadline: **October 5, 2023**;
3. Supplemental Expert Disclosure Deadline: **November 2, 2023**;
4. Expert Discovery Deadline: **November 30, 2023**;
5. Dispositive Motion Deadline: **January 4, 2024**;
6. Pretrial Conference: **April 25, 2024,** at **10:00 a.m.,** in **Courtroom 2**, before District Judge Anthony W. Ishii; and
7. Trial: **June 17, 2024**, at **8:30 a.m.**, in **Courtroom 2**, before District Judge Anthony W. Ishii.

IT IS SO ORDERED.

Dated: __**February 16, 2023**__                    _____
                                                                    UNITED STATES MAGISTRATE JUDGE