# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARY HINOJOSA MULLINS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF FRESNO, et al.,<br><br>　　　　　Defendants. | Case No. 1:21-cv-00405-KES-SAB<br><br>ORDER RE: STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>ORDER REQUIRING PARTIES FILE A JOINT SCHEDULING REPORT PROPOSING TRIAL DATES<br><br>(ECF No. 45)<br><br>**MAY 8, 2024 DEADLINE** |

　　　　A scheduling order for this matter issued on May 6, 2022. (ECF No. 25.) The scheduling order was modified on February 16, 2023 and December 22, 2023. (ECF Nos. 30, 42.) As modified, the scheduling order contains the following relevant dates and deadlines:

　　　　1.　　Expert Disclosure: **April 22, 2024**

　　　　2.　　Supplemental Expert Disclosure: **June 21, 2024**

　　　　3.　　Expert Discovery: **July 22, 2024**

　　　　4.　　Dispositive Motion Filing Deadline: **August 21, 2024**

(ECF No. 42.) The pretrial conference and trial dates were vacated in the December 22, 2023 order. (Id.) Because a District Judge has now been assigned to the matter, the Court shall direct the parties to meet and confer and file proposed trial dates.

/ / /

　　　　On April 19, 2024, the parties filed a stipulation for a one-week extension to disclose expert witnesses due to Plaintiff's counsel's unavailability. (ECF No. 45 at 1-2.) The parties further stipulate to corresponding one week extensions for the supplemental expert disclosure,

1

expert discovery, and dispositive motion deadlines.  (Id. at 2.)  Based on the proffered reasons, the Court finds good cause to grant the parties' requested modification to the scheduling order.[1]

Accordingly, pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that:

1. The stipulation to modify the schedule (ECF No. 45) is GRANTED.  The scheduling order is therefore modified as follows:

   a. Expert Disclosure Deadline: **April 29, 2024**;

   b. Supplemental Expert Disclosure Deadline: **June 28, 2024**;

   c. Expert Discovery Deadline: **July 29, 2024**; and

   d. Dispositive Motion Deadline: **August 28, 2024**; and

2. The parties are directed to meet and confer and file by **May 8, 2024** a joint scheduling report proposing three potential trial dates set no earlier than March 2025.  The parties shall also provide the estimated number of trial days.  In identifying proposed trial dates, the parties should consider that a pretrial conference will be set 60 days before the selected trial date and should also consider the requirements set forth in the Standing Order (ECF No. 43).

IT IS SO ORDERED.

Dated:   **April 22, 2024**

UNITED STATES MAGISTRATE JUDGE

---

[1] In the Court's May 6, 2022 scheduling order, the Court noted that "Stipulations extending the deadlines contained herein will not be considered unless they are accompanied by affidavits or declarations, and where appropriate attached exhibits, which establish good cause for granting the relief requested. The parties are advised that due to the impacted nature of civil cases on the district judges in the Eastern District of California, Fresno Division, that stipulations to continue set dates are disfavored and will not be granted absent good cause." (ECF No. 25 at 7 (emphasis in original).) The Court recognizes the parties' deficiencies in the instant motion by failing to file an affidavit, declaration, or other appropriate exhibit establishing good cause for granting the instant motion; however, in the interest of expediency, preserving court resources, and given the timely agreement of the parties, the Court finds good cause to grant the parties' stipulated request.