# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARY HINOJOSA MULLINS,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF FRESNO, et al.,<br><br>Defendants. | Case No. 1:21-cv-00405-KES-SAB<br><br>ORDER AMENDING SCHEDULING ORDER |

A scheduling order for this matter issued on May 6, 2022. (ECF No. 25.) The scheduling order was amended on February 16, 2023; May 8, 2023; and December 22, 2023. (ECF Nos. 30, 35, 42.) On April 22, 2024, the scheduling order was amended at the stipulation of the parties, and they were directed to file a joint scheduling report proposing trial dates. (ECF No. 46.) On May 7, 2024, the parties filed a stipulation proposing three dates for the trial in this matter. (ECF No. 48.)

Accordingly, IT IS HEREBY ORDERED that the May 6, 2022 scheduling order, as amended on February 16, 2023; May 8, 2023; December 22, 2023; and April 22, 2024 is amended as follows:

Pre-Trial Conference:   June 16, 2025 at 1:30 p.m. in Courtroom 6 (KES)

Trial:   August 12, 2025 at 9:00 a.m. in Courtroom 6 (KES)

1

The May 6, 2022 scheduling order, as previously amended, shall remain in effect in all other respects.

IT IS SO ORDERED.

Dated:  **May 9, 2024**

_____
UNITED STATES MAGISTRATE JUDGE