UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARY HINOJOSA MULLINS, as an individual, and as guardian ad litem for KAYLA ALICIA MULLINS (a minor),<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF FRESNO, CHRIS CURTICE, ALEX RIORDAN,<br><br>Defendants. | No.  1:21-cv-00405-KES-SAB<br><br>ORDER MODIFYING THE SCHEDULE FOR DEFENDANTS' PENDING MOTION FOR SUMMARY JUDGMENT<br><br>Doc. 53 |

On September 5, 2024, the parties filed a joint stipulation, Doc. 53, to modify the schedule for defendants' pending motion for summary judgment. Doc. 50.  The court, having considered the parties' joint stipulation and finding good cause, hereby ORDERS:

1. Plaintiffs shall file their opposition to defendants' pending motion for summary judgment no later than September 25, 2024.
2. Defendants' reply shall be filed no later than October 11, 2024.
3. The motion hearing set for October 7, 2024, is reset to October 21, 2024, at 1:30 p.m. in Courtroom 6 before District Judge Kirk E. Sherriff.

IT IS SO ORDERED.

Dated:    September 6, 2024

_____
UNITED STATES DISTRICT JUDGE

1