1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARY H. MULLINS,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF FRESNO, et al.,<br><br>Defendants. | Case No.  1:21-cv-00405-KES-SAB<br><br>ORDER RE STIPULATION FOR DISMISSAL OF CERTAIN CAUSES OF ACTION AGAINST DEFENDANT ALEX RIORDAN BY ROSEMARY MULLINGS IN HER INDIVIDUAL CAPACITY AND IN HER CAPACITY AS GUARDIAN *AD LITEM* FOR KAYLA MULLINS<br><br>(ECF No. 61) |

On October 4, 2024, the parties filed a stipulation to amend the second amended complaint and dismissing without prejudice the following claims in her capacity as guardian *ad litem* for Kayla Mullins: (i) the First Cause of Action (Fourteenth Amendment) against Defendant Alex Riordan and (ii) the state law claims (the Third through Seventh Causes of Action), including her claim for punitive damages, against Defendant Riordan.  Plaintiff Kayla Mullins is not dismissing her claim for violation of the Fourth Amendment.  Further, Rosemary Mullin, in her individual capacity, amends the second amended complaint to dismiss without prejudice her one remaining claim, the First Cause of Action (Fourteenth Amendment) against Defendant Alex Riordan.

Accordingly, pursuant to the stipulation of the parties, the second amended complaint is HEREBY AMENDED to dismiss, without prejudice, Kayla Mullins (i) First Cause of Action (Fourteenth Amendment) against Defendant Alex Riordan and (ii) the state law claims (the Third

through Seventh Causes of Action), including her claim for punitive damages, against Defendant Riordan; and Rosemary Mullins First Cause of Action (Fourteenth Amendment) against Defendant Alex Riordan.

IT IS SO ORDERED.

Dated:   **October 4, 2024**

UNITED STATES MAGISTRATE JUDGE