| | |
|---|---|
| James D. Weakley, Esq.   Bar No. 082853<br>Brande L. Gustafson, Esq.   Bar No. 267130<br>**WEAKLEY & ARENDT, PC**<br>5200 N. Palm Avenue, Suite 211<br>Fresno, California 93704<br>Telephone: (559) 221-5256<br>Jim@walaw-fresno.com;<br>Brande@walaw-fresno.com<br><br>Attorneys for Defendants, County of Fresno,<br>Deputy Chris Curtice, & Deputy Alex Riordan<br><br>**THE WAGNER LAW GROUP**<br>Nicholas J.P. Wagner  #109455<br>1111 E. Herndon Avenue, Suite 317<br>Fresno, California 93720<br>Tel.: (559) 449-1800<br>Email: butch@thewagnerlawgroup.com<br><br>Attorneys for Plaintiffs, ROSEMARY HINOJOSA MULLINS, as an individual, and as guardian ad litem for KAYLA ALICIA MULLINS (a minor) | David Douglas Doyle #100595<br>LAW OFFICE OF DAVID DOUGLAS DOYLE<br>516 W. Shaw Avenue, Suite 200<br>Fresno, California 93704<br>Tel: (559) 277-2600<br>Email: doyle@ddmslaw.com<br><br>Mark Schallert #112542<br>**Law Office of Mark Schallert**<br>310 29th Ave.<br>San Francisco, CA 94121<br>Telephone:(415)994-6537/Email:<br>mark@schallertlaw.com<br><br>Attorneys for Plaintiffs, ROSEMARY HINOJOSA MULLINS, as an individual, and as guardian ad litem for KAYLA ALICIA MULLINS (a minor) |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARY HINOJOSA MULLINS as an individual, and as guardian ad litem for K.A.M. (a minor),<br><br>                Plaintiffs,<br><br>        vs.<br><br>COUNTY OF FRESNO, CHRIS CURTICE, ALEX RIORDAN,<br><br>                Defendants. | CASE NO.  1:21-cv-00405-KES-SAB<br><br>**STIPULATION AND ORDER TO ALLOW DEFENDANTS TO SUPPLEMENT THEIR EXPERT DISCLOSURE TO SUBSTITUTE RETAINED TOXICOLOGIST ALICIA BETHANY MINNS, M.D. FOR NON-RETAINED TOXICOLOGIST B.L. POSEY**<br><br>Trial Date: October 7, 2025 |

IT IS HEREBY STIPULATED by and between the parties and their respective counsel of record that Defendants County of Fresno, Chris Curtice, and Alex Riordan ("Defendants") may supplement their expert disclosure to substitute retrained toxicology expert Alicia Bethany Minns, M.D. for non-retrained toxicology expert B.L. Posey.

Defendants learned while preparing the witness list for the pretrial conference that Defendants' non-retained toxicology expert B.L. Posey, who signed the toxicology results for

---

Stipulation & Order to Allow Defendants to Supplement Their Expert Disclosure to Substitute Alicia Bethany Minns, M.D. for B.L. Posey

1

1  Kenneth Mullins from his autopsy, had passed away in September 2024. At the pretrial
2  conference counsel for Plaintiffs agreed to this substitution. Plaintiffs reserve the right to file
3  motions in limine relating to Kenneth Mullins' use of drugs and Dr. Minns' opinions.

DATED: September 3, 2025          WEAKLEY & ARENDT
                                   A Professional Corporation

                         By:      /s/ Brande L. Gustafson
                                   James D. Weakley
                                   Brande L. Gustafson
                                   Attorneys for Defendants, County of Fresno,
                                   Deputy Chris Curtice, & Deputy Alex Riordan

DATED: September 4, 2025          LAW OFFICE OF MARK SCHALLERT

                         By:      /s/    Mark Schallert
                                   Nicholas J.P. Wagner
                                   David Douglas Doyle
                                   Mark Schallert

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

IT IS SO ORDERED.

   Dated:   September 4, 2025                    _____
                                                 UNITED STATES DISTRICT JUDGE

---

Stipulation & Order to Allow Defendants to Supplement Their Expert Disclosure to Substitute
Alicia Bethany Minns, M.D. for B.L. Posey

2