# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARY HINOJOSA MILLINS, *as an individual, and as guardian ad litem for K.A.M., a minor*,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF FRESNO, et al.,<br><br>　　　　　Defendants. | Case No. 1:21-cv-00405-KES-SAB<br><br>ORDER REGARDING STIPULATION TO ALLOW DEFENDANTS TO SUPPLEMENT THEIR EXPERT DISCLOSE TO SUBSTITUTE RETAINED TOXICOLOGIST<br><br>(ECF No. 80) |

Before the Court is a stipulation from the parties that would allow Defendants to supplement their expert disclosure to substitute retained toxicology expert Alicia Bethany Minns, M.D., for non-retained toxicology expert B.L. Posey. While preparing the witness list for the pretrial conference, Defendants learned that B.L. Posey had passed away in September 2024. Moreover, at the pretrial conference, Plaintiff agreed to the substitution—while reserving the right to file motions in limine relating to Kennth Mullins' use of drugs and Dr. Minns' opinions. For good cause shown, the Court approves the stipulation and ORDERS that Defendants may substitute retained toxicology expert Alicia Bethany Minns, M.D., for non-retained toxicology expert B.L. Posey.

IT IS SO ORDERED.

Dated: **September 5, 2025**

　　　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge