| | |
|---|---|
| James D. Weakley, Esq. (SBN 082853)<br>Brande L. Gustafson, Esq. (SBN 267130)<br>WEAKLEY & ARENDT, PC<br>5200 N. Palm Avenue, Sutie 211<br>Fresno, California 93704<br>Telephone: (559) 221-5256<br>Jim@walaw-fresno.com<br>Brande@walaw-fresno.com | Nicholas J.P. Wagner (SBN 109455)<br>THE WAGNER LAW GROUP<br>1111 E. Herndon Avenue, Suite 317<br>Fresno, California 93720<br>Email: butch@thewagnerlawgroup.com |

Attorneys for Defendants, County of Fresno, Deputy Chris Curtice

| | |
|---|---|
| Mark Schallert (SBN 112542)<br>**LAW OFFICE OF MARK SCHALLERT**<br>310 29th Avenue<br>San Francisco, California 94121<br>Telephone: (415) 994-6537<br>Email: mark@schallertlaw.com | DAVID D. DOYLE (SBN 100595)<br>**LAW OFFICE OF DAVID DOUGLAS DOYLE**<br>516 W. Shaw Avenue, Suite 200<br>Fresno, California 93704<br>Telephone: (559) 227-2600<br>Email: doyle@ddmslaw.com |

Attorneys for PLAINTIFFS ROSEMARY HINOJOSA MULLINS, as an individual, and as guardian ad litem for KAYLA ALICIA MULLINS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROSEMARY HINOJOSA MULLINS, as an individual, and as guardian ad litem for KAYLA ALICIA MULLINS (a minor);<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF FRESNO, CHRIS CURTICE, ALEX RIORDAN<br><br>Defendants. | Case No. 1:21-cv-00405-KES-SAB<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE TRIAL AND RELATED DATES**<br><br><br>Complaint Filed: January 15, 2021<br>Trial Date: October 7, 2025 |

1

JOINT STIPULATION AND ORDER TO CONTINUE TRIAL AND RELATED DATES

**STIPULATION OF THE PARTIES**

WHEREAS on September 22, 2025, the Parties reached an agreement in principle to resolve this lawsuit; and

WHEREAS the settlement must be approved by the Board of Supervisors, which is expected to occur on or about October 7.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties through their respective counsel of record, that good cause exists for the continuance of the trial as follows:

1. The existing trial date of October 7, 2025, is to be VACATED;
2. The trial shall be set for December 16, 2025, at 8:30 a.m. in Courtroom 6;
3. The Trial Confirmation Hearing to be scheduled for December 8, 2025, at 3:00 p.m. in Courtroom 6; and,
4. Proposed jury instructions, verdict forms, and voir dire to be filed by December 1, 2025. Objections to jury instructions, verdict forms, and voir dire to be filed by December 8, 2025, as are the trial briefs.

**IT IS SO STIPULATED.**

Date:  September 24, 2025                **LAW OFFICE OF MARK SCHALLERT**

/s/ Mark Schallert_____
Mark Schallert
Nicholas Wagner
*Attorneys for* Plaintiffs

Date:  September 24, 2025                **WEAKLEY & ARENDT, PC**

/s/ James D. Weakley_____
James D. Weakley
Brande L. Gustafson, Esq.
*Attorneys for* Defendants

**ORDER**

The Court, having considered the parties' stipulation and good cause appearing, it is hereby ORDERED that the trial date of October 7, 2025, is VACATED.

The jury trial is RESET to December 16, 2025, at 8:30 a.m. in Courtroom 6. The trial confirmation hearing is RESET to December 5, 2025, at 1:30 p.m.

The parties must exchange exhibits no later than November 25, 2025. Any objections to exhibits shall be filed no later than December 2, 2025. Exhibits are due to Court on December 9, 2025.

The parties are to submit proposed jury instructions, verdict forms, and voir dire by December 1, 2025. Objections to jury instructions, verdict forms, and voir dire are to be filed by December 5, 2025. Trial briefs are to be filed by December 5, 2025.

IT IS SO ORDERED.

Dated:    September 24, 2025                    _____
                                                 UNITED STATES DISTRICT JUDGE