| | |
|---|---|
| James D. Weakley, Esq. | Bar No. 082853 |
| Brande L. Gustafson, Esq. | Bar No. 267130 |

WEAKLEY & ARENDT
A Professional Corporation
5200 N. Palm Avenue, Suite 211
Fresno, California 93704
Telephone: (559) 221-5256
Facsimile:   (559) 221-5262
Jim@walaw-fresno.com
Brande@walaw-fresno.com

Attorneys for Defendants, County of Fresno, Deputy Chris Curtice, & Deputy Alex Riordan

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARY HINOJOSA MULLINS as an individual, and as guardian ad litem for KAYLA ALICIA MULLINS (a minor),<br><br>  Plaintiffs,<br><br>  vs.<br><br>COUNTY OF FRESNO, CHRIS CURTICE, ALEX RIORDAN,<br><br>  Defendants. | CASE NO.  1:21-cv-00405-KES-SAB<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed:  January 15, 2021<br>Trial Date: December 16, 2025 |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Plaintiffs Rosemary Hinojosa Mullins, as an individual and as guardian ad litem for K.A.M. (a minor) and Defendants County of Fresno, Deputy Chris Curtice, & Deputy Alex Riordan, through their respective counsel, pursuant to Eastern District Local Rule 160(a), hereby provide notice of their settlement of the case.  Because the settlement will require approval of a minor's compromise, it is requested that the parties be given 60 days after the approval of the minor's compromise to finalize and file a dismissal, instead of the 21 days provided for under Eastern District Local Rule 160(b).

/ / /

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| DATED: October 28, 2025 | | WEAKLEY & ARENDT<br>A Professional Corporation |
| | By: | /s/ Brande L. Gustafson<br>James D. Weakley<br>Brande L. Gustafson<br>Attorneys for Defendants, County of Fresno,<br>Deputy Chris Curtice, & Deputy Alex Riordan |
| DATED: October 28, 2025 | | WAGNER LAW GROUP, PC<br>LAW OFFICE OF MARK SCHALLERT |
| | By: | /s/ Mark Schallert (As authorized on 10/28/25)<br>Nicholas J.P. Wagner<br>David Douglas Doyle<br>Mark Schallert |