# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARY HINJOSA MULLINS, *as an individual, and as guardian ad litem for K.A.M., a minor*,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF FRESNO, et al.,<br><br>Defendants. | Case No. 1:21-cv-00405-KES-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 98)<br><br>**DECEMBER 29, 2025 DEADLINE** |

On October 28, 2025, the parties filed a notice of settlement, informing the Court that a settlement has been reached, and because an approval of a minor's compromise will be required, the parties request 60 days from the approval of the minor's compromise to "finalize and file a dismissal." (ECF No. 98.) While not explicitly stated, it appears the parties are referring to that they will need initial state court approval of a minor's compromise, which is covered by the Local Rules for the Eastern District of California. L.R. 202(b)(1). The Court notes that "[f]ollowing such approval, a copy of the order and all supporting and opposing documents filed in connection therewith shall be filed in the District Court with a copy to all parties and to the Judge or Magistrate Judge who may either approve the settlement or compromise without hearing or calendar the matter for hearing." Id.

Though the parties ask for 60 days following the approval of the minor's compromise to file for approval in this Court, they did not give the Court a timeframe in which they expect the compromise to be approved. Thus, the Court will set a 60-day deadline for Plaintiff to file for approval of the compromise, following L.R. 202(b)(1), or move the Court for an extension supported

by good cause.[1]  Should the Plaintiff require an extension, Plaintiff shall provide the Court with the dates or timeline of any relevant hearings or meetings.  L.R. 160(b).

Accordingly, pursuant to the notice, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and
2. Plaintiff shall file for approval of a minor's compromise **no later than December 29, 2025**.  Any request for an extension shall be supported by good cause.  L.R. 160(b).

IT IS SO ORDERED.

Dated:  **October 29, 2025**

STANLEY A. BOONE
United States Magistrate Judge

---

[1] Should the parties be proceeding under Local Rule 202(b)(2), they shall have the same time in which to file a motion of approval of a proposed settlement in compliance with that rule.

2