# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARY MULLINS, as an individual and as guardian ad litem for K.A.M., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF FRESNO, et al.,<br><br>Defendants. | Case No. 1:21-cv-00405-KES-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Docs. 100, 105, 106) |

On December 23, 2025, plaintiffs filed a petition seeking approval of minor's compromise. Doc. 100. The matter was referred to the assigned magistrate judge pursuant to 28 U.S.C. § 636(b)(1) and this Court's standing order. The assigned magistrate judge issued findings and recommendations, recommending that plaintiffs' petition be granted. Doc. 106. The parties were advised that any objections were due within fourteen (14) days. *Id.* at 6. No objections have been filed and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. Having carefully reviewed the file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

//

Accordingly:

1.      The findings and recommendations issued on January 23, 2026 (Doc. 106) are adopted in full.

2.      The petition to approve minor's compromise, Doc. 100, is granted.

3.      Plaintiffs' request to excuse minor from attendance at hearing (Doc. 105) is terminated as moot.

4.      The parties shall file a stipulation for dismissal of this action within forty-five (45) days of the date of this order.

IT IS SO ORDERED.

Dated:    February 18, 2026

UNITED STATES DISTRICT JUDGE

2