# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

ROSEMARY HINOJOSA MULLINS, *as an individual, and as guardian ad litem for K.A.M., a minor*,

Plaintiff,

v.

COUNTY OF FRESNO, et al.,

Defendants.

Case No. 1:21-cv-00405-KES-SAB

ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST DOCKET TO REFLECT VOLUNTARY DISMISSAL

(ECF No. 108)

Following the adoption of the Court's findings and recommendations, recommending that the petition for minor's compromise be granted (ECF Nos. 106, 107), the parties filed a stipulation dismissing this entire action with prejudice.  (ECF No. 108.)  In light of the stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed pursuant to the terms of the stipulation.

Accordingly, the Clerk of the Court is HEREBY DIRECTED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a)(1).

IT IS SO ORDERED.

Dated:   **April 6, 2026**

STANLEY A. BOONE
United States Magistrate Judge